UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re                                              )
                                                   )
    WILLIAM RAY NICHOLS,           )    Case Number 6:03-bk-06662-KSJ
                                                   )    Chapter 7
           Debtor.              )

NOTICE OF DEPOSITING FUNDS TO COURT UNCLAIMED FUND ACCOUNT

    COMES NOW, Leigh Richard Meininger, as trustee of the above styled case and respectfully shows that the trustee has disbursed the entire amount in the trustee's account ($8,964.54) to the debtor as no claims were filed in the case.  The check as outlined below was returned with the notation that the Debtor is deceased.  The trustee attempted to locate the Debtor's widow to no avail.

    William Ray Nichols                                  $8,964.54
    8490 Orange Oak Drive
    Orange City, Florida 32763

    Pursuant to the provisions of 11 U.S.C., §347, the undersigned provides checks in the afore-mentioned amounts payable to the Registry of the Court; and states that the claimants entitled thereto are listed above and that their addresses as far as known, are given above.

    A copy of this notice and the original check have been mailed to the attention of Susan Magaditsch, Financial Manager, United States Bankruptcy Court, Sam M. Gibbon

United States Courthouse, 801 North Florida Avenue, Tampa, Florida 33602 on this 5th day of November, 2014.

    Dated:  November 5, 2014.

                                          /s/ Leigh Richard Meininger
                                          Leigh Richard Meininger, Trustee
                                          Post Office Box 1946
                                          Orlando, Florida  32802
                                          Telephone:     (407) 246 – 1585
                                          Facsimile:     (407) 246 – 7101
                                          E Mail: leigh@meiningerlaw.com

Copies furnished via Electronic Notice of U.S. Mail to:
Office of the United States Trustee, 400 West Washington Street, Suite 5100, Orlando, Florida 32801
Edward I. Matz, Esquire, Post Office Box 265337, Daytona Beach, Florida 32126
William Ray Nicholas, 8490 Orange Oak Drive, Orange City, Florida 32763